IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SALVADORE M. NOBILE,** | : | |
| | : | **Civ. No. 1:15-cv-1102** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | **Magistrate Judge Mehalchick** |
| **U.S. BANK NATIONAL ASSOCIATION, et al.,** | : | |
| | : | **Judge Rambo** |
| **Defendant** | : | |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation of the magistrate judge (Doc. 20) is

    **ADOPTED IN PART AND DENIED IN PART**;

2) The defendants' motions to dismiss (Docs. 7 & 10) are **GRANTED**;

3) The state law claims are **DISMISSED**;

4) Plaintiff will not be given permission to file an amended complaint.

    Document 23 is **STRIKEN**;

5) Defendants' request for oral argument is **DEEMED MOOT**;

6) Any appeal taken from this order is deemed frivolous and not taken in good

    faith.

                                                           s/Sylvia H. Rambo
                                                   United States District Judge

Dated: February 17, 2016